

# CITY OF
# MARION, INDIANA

# Personnel Policies Handbook



EXHIBIT C

b. Monitoring personnel policies and procedures and making revisions, additions and deletions as deemed necessary.

The Marion City Council establishes all budgetary items and pay grades for salaries and benefits.

Elected officials/department heads have responsibility for the day-to-day supervision and operation of their respective offices as prescribed by statute.

### 1.4     EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION

The City of Marion does not discriminate on the basis of race, color, gender, national origin, religion, age, or disability in employment or in the provision of services.

All position vacancy notices, postings, advertisements, and recruiting literature shall contain the phrase "An Equal Opportunity Employer".

Any employee with questions or concerns about any type of discrimination in the workplace shall bring these issues to the attention of his/her elected official/department head. Employees may raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

### 1.5     MANAGEMENT RIGHTS

The City of Marion, as a public employer, retains the sole and exclusive responsibility and authority to manage and to direct its workforce on behalf of the public, and to conduct the operations and activities of the City to the full extent authorized by law.

### 1.6     DRUG-FREE WORKPLACE

Drug and alcohol use is highly detrimental to the safety and productivity of employees in the workplace. No employee may be under the influence of any illegal drug or alcohol while in the work place, while on duty, or while operating a vehicle or equipment owned or leased by the City.

The City shall maintain a drug-free work place in accordance with the Drug-Free Work Place Act of 1988, and the State of Indiana Drug-Free Workplace Act of 1988. Failure to comply with this law would jeopardize government funds received by the City. The unlawful manufacture, possession, distribution, transfer, purchase, sale, use, or being under the influence of alcoholic beverages or illegal drugs while on the employer's property, while attending business-related activities, while on duty, or while operating a vehicle or machine leased or owned by the City is strictly prohibited. When appropriate, the City may refer the employee to approved counseling or rehabilitation programs.

Any employee while on official City business, or when serving as a representative of the City, who is convicted of a drug-related crime while in that capacity, must notify the City within five days of the conviction.

The City is required to notify the appropriate government-funding agency within ten days of the conviction. Appropriate personnel action, including possible discipline, up to and including termination, and/or participation in a drug abuse assistance or rehabilitation program, may result after notice of the conviction is received.

The City will determine on a case-by-case basis whether assistance will be provided to employees whose health or performance is at risk of deterioration. Employees may use physician-prescribed medications, provided the use of such drugs does not adversely affect job performance or the safety of the employee or other individuals in the work place.

The City recognizes that employees may wish to seek professional assistance in overcoming drug or alcohol problems. Please contact the Personnel Office for more information about the benefits potentially available under the employee medical benefit plans and any possible referral sources.

Employees may keep prescription drugs on City premises when prescribed by a medical physician. Employees may keep over-the-counter medications on City premises as needed. Employees holding safety-sensitive positions shall notify their elected official/department head of such over-the-counter medications and prescription drugs, which may impair judgment in the performance of job duties and responsibilities.

Effective: 06/01/01                                                                                       7

The City is committed to providing a safe, efficient, and productive work environment for all employees. In keeping with this commitment, employees and job applicants may be asked to provide body substance samples (e.g., blood, urine, saliva, hair, or other body substances) to determine the prohibited use of alcohol or controlled substances, including, without limitation, marijuana, cocaine, opiates, amphetamines, barbiturates, and phencyclidine (PCP). The City will attempt to protect the confidentiality of all drug test results.

### 1.6a Reasonable Suspicion

At the time an elected official/department head requests an employee provide a sample for testing, the elected official/department head shall provide the employee with a written statement setting forth work place behavior witnessed by at least one of the employee's supervisors relied upon by the requesting authority in coming to a conclusion that there is a reasonable suspicion that the employee may be under the influence of a drug or alcohol. If the employee refuses to submit such a sample upon request, when accompanied by said written statement, the City will interpret such refusal as a violation of the City's work rules, and the employee's refusal of the test shall be subject to the City's progressive discipline policy.

### 1.6b Post-Accident

Post-accident testing occurs when an employee is involved in an accident on City property or operating City equipment in the pursuit of City business resulting in: 1) the death or injury of a City employee or member of the general public; or 2) damage to public or private property and/or equipment while operating a vehicle or equipment owned by or leased by the City. The City reserves the right to order post-accident tests, as it deems appropriate, based on the totality of the circumstances surrounding the accident. Post-accident tests may include screens for both drugs and alcohol.

Questions concerning this policy or its administration should be directed to the Personnel Office.

### 1.6.2 Federal Motor Carrier Safety Regulations/Safety-Sensitive Positions Drug and Alcohol Policy

The City has instituted this policy to provide a healthy and safe work environment for its employees, and to ensure the safety of the public. The provisions of this policy are established to address the use and possession of alcohol, Schedule I Controlled Substances, physician prescribed medications and over-the-counter medications by employees in positions that have been classified as safety sensitive.

Effective: 06/01/01

8

It is also the policy of the City to comply with and abide by all laws and regulations that have been established by part 382 — CONTROLLED SUBSTANCES AND ALCOHOL USE AND TESTING of the Federal Motor Carrier Safety Regulations, U.S. Department of Transportation (DOT), and Federal Highway Administration (FHWA). In complying with these regulations, the City hereby institutes a comprehensive controlled substance and alcohol testing, training and record keeping program for employees in positions that have been classified as safety sensitive. In accordance with DOT/FHWA regulations, included in this classification of safety-sensitive positions are all positions which require an employee to operate a commercial motor vehicle and/or hold a commercial driver's license. The FTA regulations (§653.47, 654.35) require random testing of drugs and alcohol for all safety-sensitive employees. The process must be unannounced as well as random. Once the employee has been notified that he/she has been selected for testing, he/she should then report immediately to the collection site.

Information and training concerning the specific provisions of this policy will be provided to all employees and supervisors of employees holding safety positions contained within, and are on file in the department and may be reviewed upon request.

### 1.7  SEXUAL HARASSMENT

Everyone who works for the City is entitled to a workplace free from sexual harassment and intimidation. The City is committed to providing a work environment that is free of any type of discrimination or unlawful harassment. The City prohibits any form of sexual harassment and will take corrective action against offenders, including discipline or discharge.

Any request for sexual favors and/or any other verbal or physical conduct of a sexual nature between employees in the workplace, or during job-related contacts with citizens or persons outside City employment, constitute sexual harassment and are prohibited, such as:

A. Unwelcome sexual advances.

B. Physical or verbal conduct of a sexual nature, or joking that is sex-oriented and considered unacceptable by another individual. This includes commenting about an individual's body or appearance where such comments go beyond mere courtesy, telling "dirty jokes" that are clearly unwanted and considered offensive by others, or any other tasteless sexually-oriented comments or actions that offend others.

C. Any verbal or non-verbal communication expressing or implying that participation in sexual contact is a condition of employment, promotion or preferential treatment.

Effective: 06/01/01                                                                                                    9



THE CITY OF MARION, INDIANA
PERSONNEL POLICY AND PROCEDURE MANUAL

Adoption:

June/7/2004

_____
MAYOR, CITY OF MARION

_____
PRESIDENT, BOARD OF PUBLIC WORKS

The signed master volume of this document is on file in
the office of the Mayor of Marion.



THE CITY OF MARION, INDIANA
PERSONNEL POLICY AND PROCEDURE MANUAL

Section# 7.05
Accepted: June 7, 2004
Revised:

## SUBSTANCE ABUSE POLICY

A. **POLICY**
   1. The City of Marion is establishing a company wide alcohol and drug testing policy and related procedures. This policy has been prepared and adopted by the City of Marion in order to comply with the requirements set forth by the Federal Highway Administration of the U.S. Department of Transportation under Title 49 Code of the Federal Register, Parts 40, 382 and 383. Unless otherwise specified, all employees (and applicants for employment) are subject to its provisions. The U.S. Department of transportation has set standards for the collection and testing of urine and breath specimens. In addition, the Federal government through "The Drug-Free Workplace Act of 1988" requires the establishment of drug free workplace policies. This policy incorporates those requirements for safety-sensitive employees and others when so noted. In addition, it sets forth a policy for the misuse of alcohol and the use of prohibited drugs for non-DOT regulated utility employees.

   2. The purpose of this policy is to assure work fitness for duty and to protect our employees and the public from the risks posed by the misuse of alcohol and use of prohibited drugs. The program is also designed to help prevent accidents and injuries to City employees. Employees are our most valuable resource and it is our goal to provide a healthy, safe and satisfying working environment which promotes personal opportunities for growth. In meeting these goals, it is our policy to (1) assure that employees are not impaired in their ability to perform assigned duties in a safe, productive, and healthy manner; (2) create a workplace environment free from the adverse effects of drug abuse and alcohol misuse; (3) prohibit the unlawful manufacture, distribution, dispensing, possession, or use of controlled substances; and (4) to encourage employees to seek professional assistance anytime personal problems, including alcohol or drug dependency, adversely affect their ability to perform their assigned duties. All employees are encouraged to make use of available resources for treatment of alcohol misuse and illegal drug use before substance abuse problems begin to interfere with one's health, happiness, job performance or work attendance.

   3. All parts of this policy apply to all full-time employees, part-time employees, volunteers and contract employees when they are on the property or when performing a safety-sensitive function. This

1

policy applies to off-site lunch periods or breaks when an employee is scheduled to return to work. This policy does not apply to employees of vendors who provide outside contract maintenance services.

A safety-sensitive function is any duty related to the safe operation of City equipment during any period in which the City employee is actually performing, ready to perform, or immediately available to perform any safety-sensitive functions.

4. Prohibited substances addressed by this policy include the following:

4.1 Illegally Used Controlled Substances or Drugs:

Any illegal drug or any substance identified in Schedule 1 through V of Section 202 of the Controlled Substance Act (32 U.S.C. 812), and as further defined by 32 CFR 1300.11 through 1300.15. This includes, but is not limited to: Marijuana, amphetamines, opiates, phencyclidine (PCP), and cocaine, as well as any drug not approved for medical use by the U.S. Drug Enforcement Administration or the U.S. Food and Drug Administration. Illegal use includes use of any illegal drug, misuse of legally prescribed drugs, and use of illegally obtained prescription drugs.

The federal government has set standards to define a positive illegal drug test in 49 CFR Part 40, as amended. The thresholds the employer follows are those used by the government as definitions of a positive test.

4.2 Legal Drugs: The appropriate use of legally prescribed drugs and non-prescription medications is not prohibited. However, the use of any substance which carries a warning label that indicates that mental functioning, motor skills, or judgment may be adversely affected must be reported to supervisory personnel and medical advice must be sought by the employee, as appropriate, before performing work-related duties.

A legally prescribed drug means that the individual has a prescription or other written approval from a physician for the use of a drug in the course of medical treatment. It must include the patient's name, the name of the substance, quantity/amount to be taken, and the period of authorization. The misuse or abuse of legal drugs while performing a City function is prohibited.

4.3 Alcohol: The use of beverages containing alcohol or substances including any medication, mouthwash, food, candy, or any other substance such that alcohol is present in the body while performing a City function is prohibited. The concentration of alcohol is expressed in terms of grams of alcohol per 210 liters of breath as measured by an evidential breath testing device.

**5.0 Prohibited Conduct**

2

5.1 Manufacture, Trafficking, Possession, and Use: Employees of the City of Marion are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of prohibited substances on City premises, in City vehicles or while on City business. Employees who violate this provision will be subject to disciplinary action up to and including termination. Law enforcement shall be notified, as appropriate, where criminal activity is suspected.

5.2 Intoxication/Under the Influence: Any employee who is reasonably suspected of being intoxicated, impaired, under the influence of a prohibited substance, or not fit for duty shall be suspended from job duties. Employees found to be under the influence of prohibited substances, who fail to pass a drug or alcohol test shall be removed from duty and subject to disciplinary action, up to and including termination of employment. A drug or alcohol test is considered positive if the individual is found to have a quantifiable presence of a prohibited substance in the body above the minimum thresholds defined in 49 CFR Part 40, as amended and included in this policy.

5.3 Alcohol Use: No employee should report for duty or remain on duty when his/her ability to perform assigned functions is adversely affected by alcohol or when his/her breath alcohol concentration is 0.04 or greater. No employee shall use alcohol while on duty or while performing any City function. No employee shall use alcohol within four hours of reporting for duty, during the hours that they are on call or (8) hours after an accident has occurred. Violation of these provisions is prohibited and punishable by disciplinary action up to and including termination.

5.4 Compliance with Testing Requirements: All employees will be subject to urine drug testing and breath alcohol testing in the situations listed in paragraph 6.2 through 6.7. Any employee who refuses to comply with a request for testing shall be removed from duty and their employment terminated. Any employee who is suspected of providing false information in connection with a test, or who is suspected of falsifying test results through tampering, contamination, adulteration, or substitution will be required to undergo an observed collection. Verification of these actions will result in the employee's removal from duty and their employment terminated. Refusal can include an inability to provide a sufficient urine specimen or breath sample without a valid medical explanation, as well as a verbal declaration, obstructive behavior, or physical absence resulting in the inability to conduct the test.

5.5 Notifying the City of Marion Drug Conviction: All City employees are required to notify the Employer of any criminal drug statue conviction for a violation occurring in the workplace within five days after such conviction. In addition those employees who receive notification by the Department of Motor Vehicles of the revocation, suspension, cancellation, lost privilege, or disqualification of a driver's license required by their job function must notify the

Employer before the end of the business day following the day of notification. Employees who receive a traffic violation for being under the influence of a prohibited substance and/or alcohol, shall be on leave without pay pending the legal outcome of the violation. Failure to comply with this provision shall result in disciplinary action, up to and including termination of employment.

5.6 Proper Application of the Policy: The City is dedicated to assuring fair and equitable application of this substance abuse policy. Therefore, supervisors/managers are required to use and apply all aspects of this policy in an unbiased and impartial manner. Any supervisor/manager who knowingly disregards the requirements of this policy, or who is found to deliberately misuse the policy in regard to subordinates, shall be subject to disciplinary action, up to and including termination of employment.

B. TESTING PROCEDURE

6.0 Analytical urine drug testing and breath testing for alcohol may be conducted when circumstance warrant or as required by federal regulations. All employees shall be subject to testing prior to employment, for reasonable suspicion, and following an accident as defined in Section 6.2, 6.3, 6.4, 6.6, 6.7 of this policy. In addition to regular City employees, all safety sensitive employees will be tested on a random basis as specified in 49 CFR 382. Testing shall be conducted in a manner to assure a high degree of accuracy and reliability and using techniques, equipment, and laboratory facilities which have been approved by the U.S. Department of Health and Human Services (DHHS). All testing will be conducted consistent with the procedures in the federal regulations. The drugs that will be tested for include marijuana, cocaine, opiates, amphetamines, and phencyclidine. An initial drug screen will be conducted on each urine specimen. For those specimens that are not negative, a confirmatory Gas Chromatography/Mass Spectrometry (GC/MS) test will be performed. The test will be considered positive if the amounts present are above the minimum thresholds established in 49 CFR Part 40, as amended. In instances where there is a reason to believe an employee is abusing a substance other than the five drugs listed above, the City reserves the right to test for additional drugs under its own authority using standard laboratory testing protocols.

Tests for breath alcohol will be conducted utilizing a National Highway Traffic Safety Administration (NHTSA) approved evidential breath testing device (EBT) operated by a trained breath alcohol technician (BAT). If the initial test indicates an alcohol concentration of 0.02 or greater a second test will be performed to confirm the results of the initial test. An employee who has a confirmed alcohol concentration of greater than 0.02 but less than 0.04 will be removed from his/her position for eight hours without pay unless a retest results in a concentration measure of less than 0.02. An alcohol concentration of 0.04 or greater will be considered a positive alcohol test and in violation of this policy.

Any employee that has a positive drug or alcohol test will be removed from his/her position without pay and may be referred to a Substance Abuse Professional (SAP) for assessment. A positive drug and/or alcohol test will also result in disciplinary action up to and including termination of employment.

The City affirms the need to protect individual dignity, privacy, and confidentiality throughout the testing process.

6.1 Employee Requested Testing: Any employee who questions the results of a required drug test under paragraphs 6.2 through 6.7 of this policy may request that an additional test be conducted. This test must be conducted at a different testing DHHS-certified laboratory. The test must be conducted on the split sample that was provided by the employee at the same time as the original sample. All costs for such testing will be paid by the employee unless the result of the split sample test invalidates the result of the original test. The method of collecting, storing, and testing the split sample will be consistent with the federal procedures. The employee's request for a split sample test must be made to the Medical Review Officer within 72 hours of notice of the original sample verified test result. Requests after 72 hours will only be accepted if the delay was due to facts that are able to be documented and were beyond the control of the employee.

6.2 Pre-Employment Testing: All applicants shall undergo urine drug testing and breath alcohol testing immediately following the offer of employment, transfer to a new department or into a safety-sensitive position. Receipt by the City of a negative drug test result is required prior to employment. Receipt of a negative alcohol test is also required before the employee can perform any safety-sensitive duties. Failure of a pre-employment drug or alcohol test will disqualify an applicant for employment.

6.3 Reasonable Suspicion Testing: All employees may be subject to a fitness for duty evaluation, and urine and/or breath testing when there are reasons to believe that drug or alcohol use is adversely affecting job performance. A reasonable suspicion referral for testing will be made on the basis of documented, objective facts and circumstances which are consistent with the short-term effects of substance abuse. Examples of reasonable suspicion include, but are not limited to the following:

-Physical signs and symptoms consistent with prohibited substance use.

-Evidence of the manufacture, distribution, dispensing, possession, or use of controlled substances, drugs, alcohols, or other prohibited substances.

-Occurrence of a serious or potentially serious accident that may have been caused by prohibited Substance Abuse or alcohol misuse.

-Fights (physical contact), assaults, and flagrant disregard or violations of established safety, security, or other operating procedures.

Reasonable suspicion referrals must be made by a supervisor who is trained to detect the signs and symptoms of drug and alcohol use and who reasonable concludes that an employee may be adversely affected or impaired in his/her work performance due to possible prohibited substance abuse or misuse.

6.4 Post-Accident Testing: Employees will be required to undergo urine and breath testing if they are involved in an accident with a City vehicle. This includes any safety sensitive employee whose performance could have contributed to the accident, or if the employee receives a citation under State or local law by a law-enforcement officer for a moving traffic violation arising from the accident. If no citation is given, a City employee may still be tested.

6.5 Random Testing: Employees in safety-sensitive positions as defined by 49 CFR 382, as well as any other city employee, will be subjected to random, unannounced testing. The selection of employees for random alcohol testing will be made using a scientifically valid method which ensures that each covered employee will have an equal chance of being selected each time selections are made. The random tests will be unannounced and spread throughout the year.

6.6 Return-to-Duty Testing: All employees who previously tested positive on a drug or alcohol test must test negative (below 0.02 for alcohol).

6.7 Follow-up Testing: After a positive test, employees will be required to undergo unannounced random urine and/or breath testing following their return to duty. The number of follow-up tests and the duration of the random test period will be performed for a period of one to five years with a minimum of six tests to be performed the first year.

### 7.0 Employment Assessment

Any employee who tests positive for the presence of illegal drugs or alcohol above the minimum thresholds set forth in this policy may be referred for evaluation by a Substance Abuse Professional (SAP).

Assessment by a SAP or participation in and Employee Assistance Program provided by the City does not shield an employee from disciplinary action or guarantee continued employment or reinstatement with the City.

If an employee is allowed to return-to-duty, he/she must properly follow any rehabilitation program prescribed by the SAP and the employee must have negative return-to-duty drug and alcohol

tests, and be subject to unannounced follow-up test for a period of one to five years.

The cost of any treatment or rehabilitation services will be paid directly by the employee or their insurance provider. Employees will be allowed to take earned vacation leave to participate in the prescribed rehabilitation program.

### 8.0 Re-Entry Contracts

Employees who re-enter the workforce must agree to a re-entry contract. That contract may include (but is not limited to) the following:

1. A release to work statement from the Substance Abuse Professional.
2. A negative test for drugs and/or alcohol.
3. An agreement to unannounced frequent follow-up testing as determined by the SAP for a period of one to five years with at least six tests performed the first year.
4. An agreement to follow specified after-care requirements with the understanding that violation of the re-entry contract is grounds for termination.

### 9.0 Treatment Requirements

Any employee who refuses or fails to comply with all SAP recommendations including (but not limited to) substance abuse education, treatment, aftercare, support group attendance, or any return to duty provisions shall be terminated. The cost of any treatment or rehabilitation services will be paid directly by the employee or their insurance provider. City employees will be allowed to take their vacation leave to participate in the prescribed rehabilitation program.

Any employee who tests positive on a second drug and or alcohol test during the remainder of that employee's tenure with the utility will be immediately terminated regardless of the reason for the second test or the substance(s) detected.

### 10.0 System Contracts

This policy will be amended periodically to conform to any changes in the DOT regulations. Any questions regarding this policy or any other aspect of the drug-free and alcohol-free program should be directed to the Human Resources Director, or designee.