CHRONOLOGICAL SUMMARY OF FILINGS AND PROCEEDINGS 27H02

IN THE CITY COURT OF THE CITY OF MARION

# STATE OF INDIANA

0312CM1391

vs.

ROBERT KREIG, JR. — DEFENDANT — Craig Persinger ATTORNEY FOR DEFENDANT

Filed: 1-05   year 04   Bondsman SELF

The Prosecuting Attorney, having filed an affidavit in this Court charging the Defendant with

WARR/INTIMIDATION _____ and

probable cause having been found to exist and the Defendant now being in Court for his arraignment and plea, and being first advised of his Constitutional Rights, enters a plea as follows:

(1) GUILTY of said charge and is hereby sentenced/sentencing set

(2) NOT GUILTY of said charge and trial is set for 4-29 by State atty year 04, 6-7 by _ 2:00
and bond set at $ _____

Trial having been had, the defendant is now found (GUILTY) (NOT GUILTY) of said charge, and on a finding of guilty said Defendant is hereby sentenced/sentencing set 180/180 days, jail suspended — 1 year formal prob $64 fine + Bcom

Defendant, this ____ day of ____, year ____, files written motion for change of Judge. Motion Granted. Court names (a) _____ Pay Judy —
(b) _____ (c) _____ All app to atty

practicing attorneys of Grant County, Indiana, as a panel from which to select. Defendant strikes ( ), and the State strikes ( ). _____ is now appointed Special Judge herein. Said Special Judge appears this ____ day of ____ year ____, accepts and qualifies.

State/Defendant requests continuance. Granted. Cause set for further proceedings.

Defendant failed to appear. Warrant ordered issued for Defendant. Bond set:

On motion of State, Cause is dismissed. Ordered off docket. Notice to counsel of record.

Requested pauper attorney     Appoint:

Prosecution deferred/Judgment withheld on the following conditions:

Other Entries:

| | DOL | CTS |
|---|---|---|
| STATE FINE | 64 | |
| STATE COSTS | 66 | |
| COUNTY COSTS | 33 | |
| CITY COSTS | 24 | |
| JURY FEES | 2 | |
| INFRACTION JUDG. | | |
| ~~CITY FINE~~ Fee | 1 | |
| CEF | 3 | |
| ~~DNR~~ | 1 | |
| HWY WK. ZONE | | |
| DOCUMENT FEE | 2 | |
| RECORDING FEE | 7 | |
| TOTAL | 250 | |

BOND
DATE 1-6-04
AMT. $400
RECEIPT NO. 112786
PAID
DATE 8-26-04
AMT. 400 — to atty
CHECK NO. 32033
FORFEIT DATE
CHECK NO.

9/2/04
116089


EXHIBIT J

STATE OF INDIANA  )
                  ) SS:    In the _____ Court
COUNTY OF GRANT   )
                           __2003__ Term

STATE OF INDIANA             Cause Number __27H02-0312-CM-__*1391*__
        Vs
                             Information for __Intimidation - Fear of__
__Robert Kreig, Jr.__
                             __Retaliation, Class A Misdemeanor__

                             Indiana Code __35-45-2-1(a)(2)__

## CRIMINAL INFORMATION

__Brad Wright_____being duly sworn, upon his oath says that

__Robert Kreig, jr.__

on or about __20th__ day of __December__, A.D. __2003__, at and in the COUNTY OF GRANT, and STATE OF INDIANA, in violation of I.C. __35-45-2-1(a)(2)__ did then and there unlawfully

did communicate a threat to Josh Sutton, with the intent that Josh Sutton be placed in fear of retaliation for a prior lawful act, to wit: video taping him during a child custody exchange;

then and there being contrary to the form of the statute in such case made and provided, and against the peace and dignity of the STATE OF INDIANA.

Brad Wright M.P.D. #979  *[signature] Brad Wright*

Subscribed and sworn to before me, this ___30th___ day of __December__ A.D. __2003__

                                            *[signature]*
Approved By Me:                             Prosecuting Attorney / Notary Public
*[signature]*
Prosecuting Attorney or Deputy

### STATE'S WITNESSES

__Josh Sutton, 424 E. Bradford St.__     __Kurt Sutton, 3259 N. Mayo Rd., Marion__
Brad Wright, MPD

Form CRIMINAL INI-0 10 Rev 1/96

IN THE MARION CITY COURT

STATE OF INDIANA
vs.
ROBERT KREIG, JR.

Charges

INTIMIDATION – FEAR OF RETALIATION

I.C. 35-45-2-1(a)(2)

The undersigned swears or affirms that he believes and has good cause to believe that on or about December 20, 2003 the defendant committed the offense(s) of:

INTIMIDATION – FEAR OF RETALIATION

In support of this affidavit there is attached hereto reports and documents prepared in connection with the investigation of this matter; which reports and documents are truthful and accurate to the best of my knowledge and belief. I affirm under the penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Signed: _____

APPROVED:

_____
DEPUTY PROSECUTING ATTORNEY

Cause number: 27H02-0312-CM- |391|

**STATE OF INDIANA**
**APPEARANCE FORM**

1. Name of Defendant: ROBERT KREIG, JR.

2. Case Type of Proceeding: Criminal Misdemeanor

3. Prosecuting Attorney Information:

Name:
James D. Luttrull, Jr.            Attorney No. 10018-27
Grant County Prosecuting Attorney
48th Judicial Circuit
Address:
Grant County Courthouse           Phone: (765) 664-0739
101 E. 4th Street, RM. 107        Fax: (765) 668-6580
Marion, IN 46952-4056             Computer Address: Same as above

4. Will the State accept service by FAX: NO

5. Arrest report number (Originating Agency Case No.1) 03-043047

        Respectfully submitted,

        JAMES D. LUTTRULL, JR.
        Grant County Prosecuting Attorney
        48th Judicial Circuit